UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EDWARD SMITH, on behalf of himself
and those similarly situated

        Plaintiff,

v.                                          Case No: 2:13-cv-772-FtM-38CM

ARTISAN BREAD COMPANY and
TODD JOHNSON,

        Defendants.
_____/

## ORDER[1]

This matter comes before the Court on Magistrate Judge Carol Mirando's Report and Recommendation (Doc. #48) filed on March 25, 2015, recommending that the Joint Motion for Approval of Settlement Agreement and Dismissal of the Action with Prejudice (Doc. #47) be granted and the settlement be approved. No objections have been filed.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982); cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the Magistrate Judge.

Accordingly, it is now

**ORDERED:**

1. The Report and Recommendation (Doc. #48) is **ACCEPTED and ADOPTED** and the findings are incorporated herein.

2. Joint Motion for Approval of Settlement Agreement and Dismissal of the Action with Prejudice (Doc. #47) is **GRANTED**. The settlement (Doc. #47-1) is approved.

3. This matter is **DISMISSED with prejudice**.

4. The Clerk is directed to close the file and enter judgment accordingly.

**DONE** and **ORDERED** in Fort Myers, Florida this 14th day of April, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record